[No. 55653-3-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MOHAMED ALI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08610-6, Helen Halpert, J., entered January 13, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55746-7-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. A.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-00006-8, Harry J. McCarthy, J., entered February 15, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55751-3-I. Division One. July 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. THURMAN E. YOUNG, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13646-2, Richard McDermott, J., entered January 24, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 55842-1-I; 56240-1-I. Division One. July 9, 2007.]

LARRY W. REINERTSEN ET AL., *Respondents*, v. CAROLYN RYGG ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 04-2-08016-7, David F. Hulbert, J., entered February 4, 2005. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Ellington, J., concurred in by Agid and Dwyer, JJ.